RECEIVED
MAY 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD M. COIA
As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO,

v. C.A. No. 05-210S

NES EQUIPMENT CORPORATION

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, Ronald M. Coia, et al., hereby voluntarily dismiss without prejudice the Complaint in the above-referenced matter pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

RONALD M. COIA, et al.
By their Attorneys,

Jaime J. LaPorte

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
Date: May 24, 2005

ENTER
WESm
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 5/24/05

SCANNED

3

CERTIFICATION

I hereby certify that I am over eighteen years of age and not a party to this action. On this 24th day of May, 2005, I caused a copy of the within Notice of Voluntary Dismissal to be mailed to the following:

NES Equipment Corporation
c/o National Registered Agents, Inc.
222 Jefferson Boulevard
Warwick, RI 02888

_______________________

*333954_1.doc*